# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00273-RJC-DSC

| | |
|---|---|
| CS TECHNOLOGY, INC. et. al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| HORIZON RIVER TECHNOLOGIES, LLC, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Bryan G. Harrison]" (document #11). For the reasons stated therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: July 13, 2018

David S. Cayer
United States Magistrate Judge