IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00273-RJC-DSC

| | | |
|---|---|---|
| CS TECHNOLOGY INC. AND SITEHANDS INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| HORIZON RIVER TECHNOLOGIES LLC, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Lee A. Peifer]" (document # 140) filed December 3, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 4, 2019

David S. Cayer
United States Magistrate Judge