UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CS TECHNOLOGY, INC. and
SITEHANDS, INC.,

    Plaintiffs,

v.

HORIZON RIVER TECHNOLOGIES, LLC,

    Defendant.

Case No. 3:18-cv-00273

### INDEX OF EXHIBITS TO DECLARATION OF JOHN E. SHARPE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| 1 | Excerpts from deposition of Jefrey Wallace, Rule 30(b)(6) representative for Defendant Horizon River Technologies, LLC, taken Dec. 30, 2019. |
| 2 | Excerpts from deposition of Steven Koura, taken Dec. 19, 2019. |
| 3 | Excerpts from deposition of Foster Bob Fletcher, taken Dec. 19, 2019. |
| 4 | Excerpts from deposition of Behz Akhund, taken Dec. 18, 2019. |
| 5 | Excerpts from deposition of HRT expert Bruce Webster, taken Jan. 3, 2020. |
| 6 | Excerpts from deposition of HRT expert Leanne Gould, taken Jan. 6, 2020. |

| | |
|---|---|
| 7 | Excerpts from deposition of Robert Carbone, individually and as Rule 30(b)(6) representative for Plaintiffs CS Technology, Inc. and Sitehands, Inc., taken Dec. 19, 2019. |
| 8 | Excerpts from deposition of Spencer Stockley, taken Dec. 20, 2019. |
| 9 | Excerpts from deposition of Alex Cruz, Jr., Rule 30(b)(6) representative for third-party Pinebreeze Technologies, Inc., taken Dec. 19, 2019. |
| 10 | Email (HRT_0000048–0000049). |
| 11 | Email (HRT_0154974–0154976). |
| 12 | **[Filed Under Seal]** Internal communications (SITEHANDS_0013527–0013534). |
| 13 | Email (HRT_0029222–0029223). |
| 14 | **[Filed Under Seal]** Internal communications (SITEHANDSS_0078306–0078308). |
| 15 | Email (HRT_0148159–0148160). |
| 16 | Email (HRT_0148667–0148669). |
| 17 | Email (HRT_0148051–0148052). |
| 18 | Email (HRT_0148684). |
| 19 | Email (HRT_0148658–0148660). |

| | |
|---|---|
| 20 | **[Filed Under Seal]** Email (SITEHANDS_0000042–0000043). |
| 21 | **[Filed Under Seal]** Email (SITEHANDS_0000073–0000075). |
| 22 | Email (HRT_0092955). |
| 23 | Email (HRT_0156670–0156675). |
| 24 | Email (HRT_0155214–0155216). |
| 25 | **[Filed Under Seal]** Email (SITEHANDS_0000038). |
| 26 | Email (HRT_0155217–0155222). |
| 27 | **[Filed Under Seal]** Email (SITEHANDS_0075859–0075861). |
| 28 | **[Filed Under Seal]** Email (SITEHANDS_0078461–0078463). |
| 29 | Email (HRT_0033742–0033748). |
| 30 | **[Filed Under Seal]** NOC activity reports (SITEHANDS_00000469–0000471). |
| 31 | **[Filed Under Seal]** Email (SITEHANDS_0009603). |
| 32 | Email (HRT_0014341–0014343). |
| 33 | Email (HRT_0038937–0038938). |
| 34 | Email (HRT_0038975–0038977). |

| 35 | Email (HRT_0039005–0039009). |
| 36 | Email produced by third-party Pinebreeze Technologies, Inc. (no Bates number). |
| 37 | **[Filed Under Seal]** Email (SITEHANDS_0000481). |
| 38 | Email (HRT_0053394–0053395). |